# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ENRIQUE FLORES,<br><br>Defendant. | Case No.: 3:21-cr-00055-LRH-CLB<br><br>**Modified Protective Order** |

The Court has read and considered the Motion for a Modified Protective Order restricting the disclosure to the defendant, Jose Enrique Flores, of any of the listed documents, identified by Bate Stamp numbers below:

**2304-2306**
**2335-2351**
**2356**
**2386-2387**
**2567**
**2569-2570**
**2904**
**3000-3004**
**3064-3066**
**3159**
**3168**
**3297-3298**
**3315-3316**
**3320**

**51-53**
**168**
**170**
**172**
**174**

1

| | |
|---|---|
| 1 | **180** |
| | **182** |
| 2 | **431-432** |
| | **439-441** |
| 3 | **497** |
| | **524-525** |
| 4 | **533-534** |
| | **622-623** |
| 5 | **635** |
| | **637** |
| 6 | **696-698** |
| | **1146-1148** |
| 7 | **1150-1151** |
| | **1206-1207** |
| 8 | **1224-1225** |
| | **1371-1372** |
| 9 | **1376-1377** |
| | **1379-1380** |
| 10 | **1390-1391** |
| | **1404-1405** |
| 11 | **1430-1431** |
| | **1439-1440** |
| 12 | **1442-1443** |
| | **1463-1465** |
| 13 | **1475-1477** |
| | **1722-1723** |
| 14 | **1857-1858** |
| | **1927-1928** |
| 15 | **1994-1995** |
| | **2027-2029** |
| 16 | **2033-2034** |
| | **2040-2041** |
| 17 | **2049-2050** |
| | **2066-2067** |
| 18 | **2086-2088** |
| | **2094-2095** |
| 19 | **2098-2099** |
| | **2117-2118** |
| 20 | **2125-2126** |
| | **2135-2136** |
| 21 | **2143-2144** |
| | **2187-2189** |
| 22 | **2193** |
| | **2237-2238** |
| 23 | **2246-2247** |
| 24 | **2313** |

**2315**
**2317**
**2358**
**2363**
**2377**
**2379**
**2406-2408**
**2410**
**2428-2429**
**2490-2492**
**2505-2507**
**2576**
**2711**
**2835**
**2901-2902**
**2906-2907**
**2919-2920**
**2976-2985**
**3008**
**3039-3040**
**3154-3157**
**3166**
**3239-3240**
**3242-3243**
**3245**
**3304**
**3346-3349**
**3365-3367**

These files contain identifying information of confidential human source ("CHS") (hereinafter the "protected information"). The Court hereby ORDERS as follows:

1.     The Court finds that there is good cause to enter this Modified Protective Order to protect the identifying information of sensitive CHS information.

2.     For purposes of the requirements of the Modified Protective Order, the term the "defense team" includes only the counsel of record for the defendant and employees of the Federal Public Defenders' Office who are working on this case. All others not specifically identified herein will not be considered part of the "defense team" as related to the specific requirements of this modified protective order.

3. The defense team:

    a. Shall not disclose in any fashion or provide copies of the specific bates-stamped documents listed in this modified protective order with the defendant Jose Enrique Flores, who is pending trial;

    b. Shall not make copies of the specific bates-stamped documents listed in this modified protective order;

    c. Shall not keep any existing copies already made of the specific bates-stamped documents listed in this modified protective order—if any copies were made, they shall be destroyed; and

    d. Shall advise all members of the defense team of their obligations under the Modified Protective Order.

4. Finally, the Court orders that all the requirements of the previously entered protective order are still binding on the parties, subject to the requirements of this Modified Protective Order.

5. Cited materials to be provided by May 22, 2023 for in camera review by the Court.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2023.

_____
**HONORABLE LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**